**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAY 0 3 2016

CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 16-MJ-6006-CJP |
| Plaintiff, ) | |
| ) | |
| vs. ) | Title 18, United States Code, |
| ) | Section 2252A(a)(2)(B) & (b) |
| MICHAEL E. MYERS, ) | |
| ) | |
| Defendant. ) | |

### CRIMINAL COMPLAINT

I, Brian Koberna, Detective with the Madison County Sheriff's Office assigned to the Forensic Computer Crime Unit, the undersigned complainant, being duly sworn, states the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about March 24, 2016, in Madison County, Illinois, which is within the Southern District of Illinois,

### MICHAEL E. MYERS,

defendant herein, did knowingly distribute visual depictions containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following: video file: *(sdpa) gay Mikael 9 años cojido profundamente por un adulto (1) (1).mp4*, which depicts a nude prepubescent male, approximately nine years old, straddling an adult male who is lying on his back with his penis penetrating the child's anus, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b).

## COUNT 2

### RECEIPT OF CHILD PORNOGRAPHY

On or about March 29, 2016, in Madison County, Illinois, which is within the Southern District of Illinois,

**MICHAEL E. MYERS,**

defendant herein, did knowingly receive visual depictions containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including but not limited to the following: image.jpeg, which depicts a nude prepubescent male, approximately six years old, being anally penetrated by an adult male penis, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b).

## AFFIDAVIT

I have been a sworn peace officer in the state of Illinois since 2003. I am employed as a Detective with the Madison County Sheriff's Office and I am assigned to the Forensic Computer Crime Unit. I am also assigned to the Federal Bureau of Investigation's Metro East Cyber Crime Task Force as a Special Federal Officer (SFO). I have received training related to computer crimes consisting of on-line investigations, computer forensic cellular phone forensics.

On April 14, 2016, the Madison County Sheriff's Office received a CyberTipline Report from the National Center for Missing and Exploited Children (NCMEC) with regards to an individual having images of prepubescent children engaged in sexually explicit conduct (actual or simulated sexual intercourse) within their Google email account, shortfoot1125@gmail.com. Google reported that their representatives reviewed the files and confirmed that they were images of nude prepubescent children engaged in sexually explicit conduct.

Google notified NCMEC of the images and provided the account information for the email address, shortfoot1125@gmail.com, associated to the Child Pornography related activity. Google provided that the email account had an associated phone number of **618-660-5968,** and a recovery email address of edwardmeyers850@gmail.com.

Google further provided Internet Protocol (IP) information pertaining to uploads of Child Pornography and account activity associated to the email address, shortfoot1125@gmail.com as being:

```
IP Address: 24.178.233.11 (Upload)        - Charter Com -     06-23-2015 15:52:23 UTC
IP Address: 96.35.9.6 (Upload)            - Charter Com -     03-24-2016 05:38:17 UTC
IP Address: 96.35.9.6 (Upload)            - Charter Com -     03-10-2016 20:56:01 UTC
IP Address: 96.35.9.6 (Upload)            - Charter Com -     03-10-2016 20:57:03 UTC
IP Address: 96.35.9.6 (Login)             - Charter Com -     03-24-2016 05:28:34 UTC
IP Address: 66.87.75.177 (Login)          - Sprint PCS -      03-23-2016 18:22:47 UTC
IP Address: 96.35.9.6 (Login)             - Charter Com -     03-23-2016 06:22:47 UTC
IP Address: 96.35.9.6 (Login)             - Charter Com -     03-22-2016 19:53:13 UTC
IP Address: 66.87.72.247 (Login)          - AT&T Wireless -   03-22-2016 09:00:36 UTC
IP Address: 166.216.162.32 (Registration) - AT&T Wireless -   08-04-2013 22:53:26 UTC
```

The IP address, 96.35.9.6 and 24.178.233.11, associated to the uploads of Child Pornography returned to Charter Communications.

After receiving the NCMEC CyberTipline Report, Search Warrants were sent to Google, pertaining to additional information regarding the email addresses of shortfoot1125@gmail.com and edwardmeyers850@gmail.com. Charter Communications was also served with a Search Warrant in an attempt to identify the subscriber associated to IP activity on the accounts.

Charter Communications provided investigators with the service address of 4901 Cinderella Dr., Alton, Madison County, Illinois for the IP address of 96.35.9.6 on 03-24-2016 05:38:17 UTC, which associates to the most recent account activity for shortfoot1125@gmail.com that is associated to the uploads of child pornography.

A check of records associated to 4901 Cinderella Dr., Alton, Madison County, Illinois show

3

that Michael Edward Myers is a registered sex offender living at the address. Myers' is registered through the Madison County Sheriff's Office for a 1996 conviction of Aggravated Criminal Sexual Abuse, reference 1995CF2158.

The recovery email associated to the email address of shortfoot1125@gmail.com was edwardmeyers850@gmail.com, which has a naming convention that is consistent with Myers' full name. Additional analysis of the information and content associated to the edwardmeyers850@gmail.com account shows a number of personal emails and photographs associated to Michael E. Myers. On November 18, 2015, there was an email sent from the shortfoot1125@gmail.com account containing personal identifying information, including a Social Security card, Medicare card, and a credit card, of Michael E. Myers.

The shortfoot1125@gmail.com account was engaged in the receipt and distribution of child pornography from October 2015 to March 24, 2016. The following are only a few of the child pornography related files associated to the shortfoot1125@gmail account:

> An approximate one minute video, *(sdpa) gay mikael 9 años cojido profundamente por un adulto (1) (1).mp4*, which depicts a nude prepubescent boy, approximately nine years of age, straddling an adult male who lying on his back with his penis penetrating the child's anus.
>
> A digital image, *86a0743d-b048-486a-ab5a-70cfa371acba.jpg*, which depicts a nude prepubescent boy, approximately nine years of age, straddling an adult male who lying on his back with his penis penetrating the child's anus.
>
> An approximate one minute video, *6b9d44d9-bc77-4b1b-b972-41589550039b.mp4*, which depicts a nude prepubescent boy, approximately eleven years of age, masturbating on a bed.
>
> An approximate one minute video, *4_6532786647574069425.mp4*, which depicts a nude prepubescent boy, approximately ten years of age, performing oral sex on a male's penis.

In emails that were sent from the shortfoot1125@gmail.com account there were

4

numerous statements that the individual sending the material was engaged in sexually assaulting young boys. These statements included, but were not limited to:

> "Bobby I was sucking him the first time he ever cummed. He made this for me. He is so hot looking into suck him off at least 3 times a week an yesterday he sucked my dick for the first time I cummed so much an he swallowed it it was hot"

> "This is Jordan fucking Timmy"

> "This is Mark's friend he emailed it to me I want a taste of that. An at least he listened to me told him not to send a nude picture with his face in it but told him if he sent it to my email it would be ok to send a face in nude picture I want to see how he looks  Mark said that he is cute".

Google Android Analytics showed that both the edwardmeyers850@gmail.com account and the shortfoot1125@gmail.com account have been accessed on numerous occasions from the same devices. Subscriber information associated to both accounts show an associated SMS phone number of 618-660-5968 and have historical Charter Commuications IP activity associated to the service address of 4901 Cinderella Dr., Alton, Madison County, Illinois.

On 06-23-2015 at 15:52:23 UTC there was an upload of child pornography to the shortfoot1125@gmail.com account from the Charter Communication IP address of 24.178.233.11, which returned to the service address of 642 ½ East Broadway, Alton, Illinois. A few months after the upload of child pornography, in September of 2015, Michael E. Myers reported that he had moved from his previously registered address of 642 ½ East Broadway, Alton, Illinois to 4901 Cinderella Dr., Alton, Madison County, Illinois.

On April 28, 2016 Investigators interviewed Myers after providing him with his Miranda Rights.  Myers advised that he has received child pornography and has sent child pornography. Myers identified the youngest child engaged in sexual acts was approximately ten years of age. Myers advised that he sends and receives child pornography periodically.  Myers advised that he

will chat with the other individuals engaged in the activity over email. Myers advised that he exclusively uses his shortfoot1125@gmail.com account to send and receive child pornography. Myers advised that he has been engaged in sending and receiving child pornography for two to three years.

Initial analysis of the shortfoot1125@gmail.com account revealed numerous images and videos of prepubescent males being sexually assaulted, engaged in sexually explicit conduct and lewd and/or lascivious exhibition of genitals. There were over forty images and more than thirty videos of child pornography associated to the account.

During the course of interviews with associates of Michael E. Myers, investigators were informed by an eighteen year old male that Myers solicited sexual acts in exchange for money from the teenager when the teenager was approximately sixteen years of age. The teenager advised that these sexual advances occurred on several occasions in the Alton, Madison County, Illinois area. The teenager also advised that there Myers solicited other underage males for sexual acts during the same timeframe. Myers denied these allegations when investigators inquired.

Michael E. Myers has an extensive criminal history, to include, but not limited to convictions for Aggravated Criminal Sexual Abuse, Violation of Sex Offender Registration, Aggravated Battery with a Weapon, Resisting / Obstruction of Police Officer, Manufacture / Delivery of Cannabis, and additional narcotics related charges.

**FURTHER AFFIANT SAYETH NAUGHT.**

Brian Koberna, Detective
Madison County Sheriff's Office

State of Illinois        )
                         ) SS
County of St. Clair      )

Sworn to before me and subscribed in my presence on the 3rd day of May 2016, at East St. Louis, Illinois.

_____
Clifford J. Proud
United State Magistrate Judge

JAMES L. PORTER
Acting United States Attorney

_____
CHRISTOPHER HOELL
Assistant United States Attorney